# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RACHEL HOLMES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS INC. and JEFFERSON CAPITAL SYSTEMS LLC,<br><br>　　　　　　　Defendants. | Case No. 18-CV-227-JPS<br><br><br>**ORDER** |

　　　　This action was filed on February 12, 2018. (Docket #1). Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff filed a waiver of service with respect to Defendant Jefferson Capital Systems, LLC. (Docket #5). Plaintiff has not, however, provided any proof of service upon Defendant Financial Business and Consumer Solutions, Inc. The ninety-day deadline for service expired on May 14, 2018. The Court will therefore require that, within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of Defendant Financial Business and Consumer Solutions, Inc. without prejudice and without further notice.

Accordingly,

**IT IS ORDERED** that, within **ten (10) days** of the entry of this Order, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service as to Defendant Financial Business and Consumer Solutions, Inc.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge