# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RACHEL HOLMES,<br><br>                    Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS INC. and JEFFERSON CAPITAL SYSTEMS LLC,<br><br>                    Defendants. | Case No. 18-CV-227-JPS<br><br>**ORDER** |

On June 15, 2018, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #13). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge